# United States District Court

**EASTERN DISTRICT OF TEXAS**
**TEXARKANA  DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:13CR19 |
| | § | |
| TIAWA CHARLES BRAXTON | § | |

## ORDER ADOPTING
## THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE


The above-styled matter was referred to the Honorable Caroline M. Craven, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure.  Judge Craven conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued her Report and Recommendation (document #11) on September 24, 2013.    Judge Craven  recommended that the Court accept Defendant's guilty plea and conditionally approve the plea agreement.  She further recommended that the Court finally adjudge Defendant as guilty of Count 1 of the Information filed against Defendant in this cause.

The parties have waived  objections to the magistrate judge's findings.  The Court is of the opinion that the Report and Recommendation should be accepted.  It is accordingly **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (document  #11) is **ADOPTED.** It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court.  Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report. It is finally

**ORDERED** that, pursuant to the Defendant's plea agreement, the Court finds the Defendant

**GUILTY** of Count 1 of the **Information** in the above-numbered cause and enters a **JUDGMENT**

**OF GUILTY** against the Defendant as to Count 1 of the Information.

**SIGNED this 24th day of September, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE